UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RANIS HILL,

        Petitioner,        Case Number 07-14816
                                            Honorable David M. Lawson

v.

JERI ANN SHERRY, Warden,

        Respondent.
_____/

## JUDGMENT

In accordance with the opinion and order denying the petition for a writ of habeas corpus entered on this date,

It is **ORDERED AND ADJUDGED** that the petition for writ of habeas corpus is **DISMISSED WITH PREJUDICE**.

                                            s/David M. Lawson
                                            DAVID M. LAWSON
                                            United States District Judge

Dated: January 7, 2011

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on January 7, 2011

                              s/Deborah R. Tofil
                              DEBORAH R. TOFIL